IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| E.N. Bisso & Son, Inc., | ) |
| | ) Civil Action No. SAG-19-3629 |
| Plaintiff, | ) |
| | ) |
| v. | ) IN ADMIRALTY |
| | ) |
| Bouchard Transportation Co., Inc., *et al.,* | ) |
| | ) |
| Defendant and Garnishees. | ) |

## **NOTICE OF DISMISSAL – WITHOUT PREJUDICE**

Please take notice that plaintiff pursuant to Fed. R. Civ. P. 41 dismisses this case without prejudice, each party to bear its respective costs and attorneys fees.

February 18, 2020.

   /s/ J. Stephen Simms
J. Stephen Simms (#4269)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax: 410-5110-1789
jssimms@simmsshowers.com

Counsel for E.N. Bisso