IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| E.N. Bisso & Son, Inc., ) | |
| ) | Civil Action No. SAG-19-3629 |
| Plaintiff, ) | |
| ) | |
| v. ) | IN ADMIRALTY |
| ) | |
| Bouchard Transportation Co., Inc., *et al.*, ) | |
| ) | |
| Defendant and Garnishees. ) | |

## NOTICE OF DISMISSAL – WITHOUT PREJUDICE

Please take notice that plaintiff pursuant to Fed. R. Civ. P. 41 dismisses this case without prejudice, each party to bear its respective costs and attorneys fees.

February 18, 2020.

                                   /s/ J. Stephen Simms
                                   J. Stephen Simms (#4269)
                                   Simms Showers LLP
                                   201 International Circle
                                   Baltimore, Maryland 21030
                                   Ph: 410-783-5795
                                   Fax: 410-5110-1789
                                   jssimms@simmsshowers.com

                                   Counsel for E.N. Bisso

*approved*
*USDJ*
*2/19/2020*